UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| RAFFIQUE N. KHAN,<br><br>          Plaintiff,<br><br> -against-<br><br>NEW YORK CITY, ERIC L. ADAMS, Mayor, New York City, in his official capacity; NEW YORK CITY POLICE DEPARTMENT (NYPD), EDWARD A. CABAN, Police Commissioner, in his official capacity; MICHAEL GERBER, Deputy Commissioner of Legal Matters (DCLM), in his official capacity; INSPECTOR ROHAN GRIFFITH, Commanding Officer, 75th Precinct, in his official capacity; NYPD OFFICER MATTHEW S. BESSEN, Shield No. 14934; and NYPD JOHN and JANE DOES Nos 1-10, who were directly involved in the arrest and imprisonment of Raffique N. Khan; NYPD OFFICER JOSEPH ASTARITA; and NYPD employees JOHN and JANE DOES Nos. 1-10, of "DG_LIC-Incidents," "DG_LIC-Hearings-Appeals involved in refusing to return the firearms unlawfully seized from Raffique N. Khan,<br>          Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL AGAINST DEFENDANT NEW YORK CITY POLICE DEPARTMENT**<br><br>24 CV 2168 (ARR) (TAM) |

------------------------------------------------------------------x

    **WHEREAS,** plaintiff commenced this action by filing a Complaint on or about March 25, 2024, and an Amended Complaint on or about May 21, 2024, alleging that defendants, City of New York, Eric Adams, New York City Police Department ("NYPD"), Edward Caban, Michael Gerber, Rohan Griffith, Matthew Bessen, and Joseph Astarita violated his civil rights; and

    **WHEREAS,** plaintiff now seeks to voluntarily dismiss the instant action against the NYPD;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties in this action, as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced action is hereby dismissed against the NYPD, without prejudice, and without any admission of liability or wrongdoing, and without costs, expenses, or attorneys' fees to any party.

Dated: New York, New York
       July 30, 2024

| | |
|---|---|
| CORY H. MORRIS<br>*Counsel for Plaintiff*<br>863 Islip Avenue<br>Central Islip, New York 11772<br>(631) 450-2515 | MURIEL GOODE-TRUFANT<br>Acting Corporation Counsel of the<br>City of New York<br>*Attorneys for Defendants City, Adams,*<br>   *Caban and Bessen*<br>100 Church Street,<br>New York, New York 10007<br>(212) 356-3520 |
| By: _____<br>     Cory H. Morris, Esq. | By:   /s/ Niki Slattery_____<br>     Niki Slattery<br>     Senior Counsel |
| | By: *Jessica Katzen*_____<br>     Jessica Katzen<br>     Assistant Corporation Counsel |

SO ORDERED:

_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024