

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**NIKI SLATTERY**
Senior Counsel
nbarguei@law.nyc.gov
Phone: (212) 356-3520
Fax: (212) 356-3509

September 12, 2024

**VIA ECF**
Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Raffique Khan v. City of New York, et. al.*
     24 CV 2168 (ARR) (JAM)

Your Honor:

  I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and attorney for defendants City of New York, Eric Adams, Edward Caban, Michael Gerber, Rohan Griffith, Joseph Astarita, and Matthew Bessen ("Defendants") in the above-referenced matter. In accordance with the Court's July 25, 2024 Order, defendants respectfully submit this status letter outlining the current status of discovery[1].

  Since the Initial Conference held on July 25, 2024, all parties have been properly served with the summons and complaint. The parties have exchanged initial disclosures in accordance with Your Honor's July 25, 2024 Order. Plaintiff has also served defendants with plaintiff's first and second set of interrogatories, to which defendants have responded. Additionally, defendants

---

[1] Defendants note that in the Court's July 25, 2024 Order, the Court ordered the parties to submit a joint letter. To that end, the undersigned sent plaintiff's counsels a copy of a proposed joint letter this morning. After not having any correspondence back from them, the undersigned followed up again and informed plaintiff's counsels that the undersigned would need to submit the joint letter by 5 p.m. due to prior personal commitments. At 4:04 p.m., plaintiff's counsels responded and requested a meet and confer prior to filing a joint letter and further stated that they were going into a 4 p.m. meeting. Given the hour and the undersigned's prior commitments, the undersigned was unavailable for a meet and confer at this late hour. After a few more futile attempts to submit a joint letter, the undersigned is submitting this letter on defendants' behalf only.

served plaintiff their first set of interrogatories and requests for production of documents, and plaintiff's responses are due on or before September 16, 2024. Finally, as Your Honor is aware, defendants filed a letter requesting a pre-motion conference in anticipation of defendants' partial motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b) and 12(c), which is currently pending, and the parties are scheduled to appear for a settlement conference with your Honor on October 2, 2024.

Respectfully submitted,

/s/ *Niki Slattery*
Niki Slattery
Senior Counsel

To: **VIA ECF**
Corry H. Morris
Victor Yannacone Jr.
*Attorneys for Plaintiff*