UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

RAFFIQUE N. KHAN,

Plaintiff,

-against-

NEW YORK CITY, ERIC L. ADAMS, Mayor, New York City, in his official capacity; NEW YORK CITY POLICE DEPARTMENT (NYPD), EDWARD A. CABAN, Police Commissioner, in his official capacity; MICHAEL GERBER, Deputy Commissioner of Legal Matters (DCLM), in his official capacity; INSPECTOR ROHAN GRIFFITH, Commanding Officer, 75th Precinct, in his official capacity; NYPD OFFICER MATTHEW S. BESSEN, Shield No. 14934; NYPD OFFICER NOAH NICHOLSON, Shield No. undisclosed by NYC at this time; NYPD Sergeant Patrick Hughes, Shield No. undisclosed by NYC at this time; NYPD Officer Jospeh Jacobsen, Shield No. undisclosed by NYC at this time; NYPD OFFICER THOMAS COSTIGAN, Shield No. undisclosed by NYC at this time; NYPD OFFICER JEISON JARA, Shield No. undisclosed by NYC at this time; NYC OFFICER MOHAMED ELDIASTY, Shield No. undisclosed by NYC at this time, and NYPD OFFICER JOSEPH ASTARITA, Shield No. 6964 and NYPD employees JOHN and JANE DOES Nos. 1-10, of "DG_LIC-Incidents," "DG_LIC-Hearings-Appeals involved in refusing to return the firearms unlawfully seized from Raffique N. Khan, and/or defacing said firearm and magazine,

Defendants.

------------------------------------------------------------------ x

**DEFENDANTS' NOTICE OF MOTION FOR A PROTECTIVE ORDER TO PRECLUDE THE DEPOSITIONS OF FORMER NYPD COMMISSIONER EDWARD CABAN AND DEPUTY COMMISSIONER MICHAEL GERBER**

24 CV 2168 (ARR) (JAM)

**PLEASE TAKE NOTICE** that, that upon the annexed Declaration of Jessica Katzen, dated November 5, 2024 and the exhibits annexed thereto, and Defendants' Memorandum of Law in Support of their Motion for a Protective Order, and upon all prior papers and proceedings herein, the undersigned will move this Court before the Honorable Joseph Marutollo, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, as soon as counsel can be heard, for an order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for a protective order to preclude the

depositions of former New York City Police Department Commissioner Edward Caban and Deputy Commissioner of Legal Matters Michael Gerber, together with such other and further relief as the Court deems just, fair and equitable.

**PLEASE TAKE FURTHER NOTICE**, that in accordance with the Honorable Marutollo's October 29, 2024 order, Plaintiff's opposition to this motion must be filed on or before November 12, 2024.

Dated: New York, New York
November 5, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Adams, Caban, Gerber, Griffith, Astarita, and Bessen*
100 Church Street
New York, New York, 10007
(212) 356-1646

By: /s/
Niki Slattery
Jessica Katzen
Assistant Corporation Counsels

TO: **By ECF**
Cory Morris, Esq.
Victor Yannacone, Jr., Esq.
*Attorneys for Plaintiff*