UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

RAFFIQUE N. KHAN,

Plaintiff,

-against-

NEW YORK CITY, ERIC L. ADAMS, Mayor, New York City, in his official capacity; NEW YORK CITY POLICE DEPARTMENT (NYPD), EDWARD A. CABAN, Police Commissioner, in his official capacity; MICHAEL GERBER, Deputy Commissioner of Legal Matters (DCLM), in his official capacity; INSPECTOR ROHAN GRIFFITH, Commanding Officer, 75th Precinct, in his official capacity; NYPD OFFICER MATTHEW S. BESSEN, Shield No. 14934; NYPD OFFICER NOAH NICHOLSON, Shield No. undisclosed by NYC at this time; NYPD Sergeant Patrick Hughes, Shield No. undisclosed by NYC at this time; NYPD Officer Jospeh Jacobsen, Shield No. undisclosed by NYC at this time; NYPD OFFICER THOMAS COSTIGAN, Shield No. undisclosed by NYC at this time; NYPD OFFICER JEISON JARA, Shield No. undisclosed by NYC at this time; NYC OFFICER MOHAMED ELDIASTY, Shield No. undisclosed by NYC at this time, and NYPD OFFICER JOSEPH ASTARITA, Shield No. 6964 and NYPD employees JOHN and JANE DOES Nos. 1-10, of "DG_LIC-Incidents," "DG_LIC-Hearings-Appeals involved in refusing to return the firearms unlawfully seized from Raffique N. Khan, and/or defacing said firearm and magazine,

Defendants.

---------------------------------------------------------------- x

**DECLARATION OF JESSICA KATZEN IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO PRECLUDE THE DEPOSITIONS OF FORMER NYPD COMMISSIONER EDWARD CABAN AND DEPUTY COMMISSIONER MICHAEL GERBER**

24 CV 2168 (ARR) (JAM)

**JESSICA KATZEN** declares, pursuant to 28 U.S.C. §1746 and under penalty of perjury, that the following is true and correct:

1. I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendants City of New York ("City"), Eric Adams, Edward Caban[1], Michael Gerber, Rohan Griffith, Matthew

[1] Plaintiff named then-NYPD Commissioner Edward A. Caban as a defendant in his official capacity as Police Commissioner. The current Acting Police Commissioner is Thomas G.

Bessen, and Joseph Astarita ("Defendants"),[2] by their attorney, Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, in the above-captioned action. I am an attorney admitted to practice law before the courts of the State of New York and before this Court.

2. I submit this declaration in support of Defendant's motion for a protective order to bar the depositions of former Commissioner of the New York City Police Department ("NYPD") Edward Caban and NYPD Deputy Commissioner Michael Gerber pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

3. A copy of Plaintiff's Notices of Deposition, dated July 26, 2024, commanding the appearance of former Commissioner Caban and Deputy Commissioner Gerber for a deposition are attached hereto as Exhibit "A."

4. A copy of the letter submitted by Defendatns' counsel to Plaintiffs' counsel on August 13, 2024, explaining the reasons why Defendants were unwilling to produce former Commissioner Caban and Deputy Commissioner Gerber for a deposition, is annexed hereto as Exhibit "B."

5. A copy of Plaintiff's Notices of Deposition, dated October 22, 2024, commanding the appearance of former Commissioner Caban and Deputy Commissioner Gerber for a deposition are attached hereto as Exhibit "C."

---

Donlon, appointed on September 13, 2024. Pursuant to FRCP 25(d), the successor of a public officer is automatically substituted as a party when the originally named public officer "ceases to hold office while the action is pending."

[2] On October 4, 2024, Plaintiff filed a Second Amended Complaint naming six (6) additional individual defendants, Noah Nicholson, Patrick Hughes, Joseph Jacobsen, Thomas Costigan, Jeison Jara and Mohamed Eldiasty. According to a review of the civil docket, these six individual defendants have not yet been properly served.

Dated: New York, New York
November 5, 2024

/s/

JESSICA KATZEN
Assistant Corporation Counsel