# Exhibit A

**1:24–cv–02168-ARR-JAM**

# United States District Court
## EASTERN DISTRICT OF NEW YORK

**RAFFIQUE N. KHAN,**

*Plaintiff*

*–v–*

**NEW YORK CITY;**
**ERIC L. ADAMS**, Mayor, New York City, in his official capacity;
**NEW YORK CITY POLICE DEPARTMENT (NYPD)**
**EDWARD A. CABAN**, Police Commissioner, in his official capacity;
**MICHAEL GERBER**, Deputy Commissioner of Legal Matters (DCLM), in his official capacity;
Inspector **ROHAN GRIFFITH**, Commanding Officer, 75th Precinct, in his official capacity
NYPD Officer **MATTHEW S. BESSEN**, Shield № 14934; and NYPD Officers John and Jane Doe №s 1–10, who were directly involved in the arrest and imprisonment of Raffique N. Khan;
NYPD Officer Joseph Astarita; and NYPD employees John and Jane Doe №s 1–10, of "DG_LIC-Incidents," "DG_LIC-Hearings-Appeals involved in refusing to return the firearms unlawfully seized from Raffique N. Khan,

*Defendants*

## PLAINTIFF'S NOTICE TO TAKE DEPOSITION TESTIMONY

THE LAW OFFICES OF CORY H. MORRIS
*Attorneys for Plaintiff*

## PLAINTIFF'S NOTICE TO TAKE DEPOSITION TESTIMONY

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure the Plaintiff, by his attorney, The Law Offices of Cory H. Morris, will take the deposition upon oral examination of the following Defendants on August 9, 2024 starting at 10:00 AM or a date and at a time mutually agreed upon between counsel for the parties:

**EDWARD A. CABAN**, Police Commissioner;

**MICHAEL GERBER**, Deputy Commissioner of Legal Matters (DCLM);

Inspector **ROHAN GRIFFITH**, Commanding Officer, 75th Precinct.

The Depositions shall take place at 863 Islip Avenue, Central Islip NY 11722, before a Notary Public or other person authorized to administer oaths.

**PLEASE TAKE FURTHER NOTICE** that each individual to be examined is required to produce at such examination, pursuant to Rule 34 of the Federal Rules of Civil Procedure, and Local Rule 30.7 of the United States District Court for the Eastern District of New York,

1. All documents and electronically stored information (ESI) in their possession and/or under their supervision and/or control relating to Plaintiff's Complaint, the Defendant's Answer, and any Affirmative Defenses, Counterclaims or Cross-complaints.
2. Such Documents are meant to include, but are not limited to correspondence, preserved documents produced from the stipulation to unseal the criminal proceedings involving the

Plaintiff, from the Litigation Hold Notice served in this matter, records, notes, text, and instant messages, social media postings, voicemails, statements, and all memoranda relating to the subject matter of this litigation; the complete records and files of each job Plaintiff performed; and any and all documents or ESI concerning Plaintiff or Defendants.

3. Policy, procedure and all records evidencing the authorization and use of a confidential informant in relation to the Plaintiff.

**PLEASE TAKE FURTHER NOTICE** that the oral examinations will be recorded by stenography and video recorded as well and will continue from day to day until completed.

Plaintiff reserves the right to supplement this Notice and request deposition/review of additional witnesses and documents as they are discovered or become relevant.

DATED AT: Central Islip, NY
July 26, 2024

s/ Cory H. Morris /s
electronic signature of Attorney

Cory H. Morris, Esq. (CM 5225)
THE LAW OFFICES OF CORY H. MORRIS
*Attorneys for Plaintiff*
863 Islip Avenue
Central Islip, NY 11722
Phone: (631) 450–2515
E-mail: info@coryhmorris.com

Victor John Yannacone, jr, Esq., (VY 6405) *of counsel*
E-mail: vyannacone@yannalaw.com