# Exhibit B

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Muriel Goode-Trufant**
*Acting Corporation Counsel*

**Jessica Katzen**
**Tel: (212) 356-1646**
**e-mail: jkatzen@law.nyc.gov**

August 13, 2024

**By Email**
Cory H. Morris, Esq.
The Law Offices of Cory H. Morris
863 Islip Avenue
Central Islip, New York 11722

Re: Raffique Khan v. New York City, et al., 1:24-cv-02168 (ARR) (JAM)

Mr. Morris:

I am Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, one of the attorneys for Defendants New York City, Eric L. Adams, Edward A. Caban, Michael Gerber, and Matthew S. Bessen ("Defendants") in the above-referenced proceeding. Defendants write in response to Plaintiff's Notice to Take Deposition Testimony dated July 26, 2024.

As stated in the August 7, 2024 email from my co-counsel, Niki Slattery, it is Defendants' position that it was improper to notice Officer Griffith before he was a proper party to this action. It is also Defendants' position that Police Commissioner Caban and Deputy Commissioner Gerber should not be deposed as part of this litigation, as they are high-ranking officials and Plaintiff has not established exceptional circumstances for why they should be deposed. We would like to discuss whether Plaintiff believes Police Commissioner Caban and Deputy Commissioner Gerber have unique, first-hand knowledge or information necessary for this case, and whether there are alternative means to receive such information.

Accordingly, Defendants request a meet and confer with Plaintiffs' attorneys on August 14, 2024, or a later date that is convenient to both parties.

Respectfully submitted,

Jessica Katzen
Assistant Corporation Counsel