

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Michael Viviano**
Senior Counsel
mviviano@law.nyc.gov
Phone: (212) 356-2368
Fax: (212) 356-3509

February 4, 2025

**VIA E-MAIL and REGULAR MAIL**
Todd D. Greenberg
Addabbo & Greenberg
118-21 Queens Blvd., Suite 306
Forest Hills, NY 11375
todd@queenslaw.com

Jonathan I. Edelstein
501 5th Ave., Suite 514
New York, NY 10017
jonathan.edelstein.2@gmail.com

      Re:    *Raffique Khan v. City of New York, et. al*.
               24 CV 2168 (ARR) (JAM)

Dear Counselors:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and attorney for defendants City of New York, Eric Adams, Edward Caban, Michael Gerber, Rohan Griffith, Joseph Astarita, Matthew Bessen, Noah Nicholson, Patrick Hughes, Joseph Jacobsen, Thomas Costigan, Jeison Jara, and Mohamend Eldiasty ("Defendants") in the above-referenced matter. Enclosed please find the following:

1) Notice of Motion for Defendants' Amended Motion to Partially Dismiss the Second Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6), dated February 4, 2025;

2) Memorandum of Law in Support Motion for Defendants' Amended Motion to Partially Dismiss the Second Amended Complaint, dated February 4, 2025; and

3) Declaration of Jessica Katzen, dated February 4, 2025 with accompanying Exhibits 1-2.

  Pursuant to the Court's scheduling order, plaintiff's opposition papers are due by February 18, 2025 and defendants' reply by February 25, 2025

                Sincerely,

                /s/ *Michael Viviano*
                Michael Viviano
                Senior Counsel

Encls.