

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT** | **LAW DEPARTMENT** | JESSICA KATZEN |
| *Corporation Counsel* | 100 CHURCH STREET | Assistant Corporation Counsel |
| | NEW YORK, NY 10007 | jkatzen@law.nyc.gov |
| | | Phone: (212) 356-1646 |

May 20, 2025

**VIA ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Raffique Khan v. City of New York, et. al*.
              24 CV 2168 (ARR) (JAM)

Your Honor:

    I am Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, one of the attorneys for Defendants City of New York, Mayor Eric L. Adams, Commissioner Edward A. Caban, Deputy Commissioner Michael Gerber, Police Officer Matthew S. Bessen, former Officer Joseph Astarita, Officer Jeisen Jara, Officer Joseph Jacobsen, Sergeant Patrick Hughes, Officer Mohamed Eldiastry, Officer Thomas Costigan, and Officer Noah Nicholson ("Defendants") in the above-referenced action. I write to provide the Court with a joint status report pursuant to Your Honor's May 2, 2025 Order.

    Parties continue to engage in non-*Monell* discovery. Depositions of Officer Matthew Bessen, former Officer Joseph Astarita, Officer Noah Nicholson, and Sergeant Patrick Hughes are complete. Parties are in the process of scheduling the final deposition, of Officer Thomas Costigan. Parties have agreed upon timelines for serving and responding to additional discovery demands.

                                                      Respectfully submitted,

                                                        /s/ *Jessica Katzen*
                                                        Jessica Katzen
                                                        Assistant Corporation Counsel

To: **VIA ECF**
Todd Greenberg
Jonathan Edelstein
*Attorneys for Plaintiff*