UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x
RAFFIQUE N. KHAN,

                *Plaintiff*,

- v. -

CITY OF NEW YORK, NYPD OFFICER MATTHEW S. BESSEN, NYPD OFFICER NOAH NICHOLSON, NYPD SGT. PATRICK HUGHES, NYPD OFFICER JOSEPH JACOBSEN, NYPD OFFICER THOMAS COSTIGAN, NYPD OFFICER JEISON JARA, NYPD OFFICER MOHAMED ELDIASTY, and NYPD OFFICER JOSEPH ASTARIA,

                *Defendants*.
------------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

24-CV-2168 (ARR) (JAM)

**PLEASE TAKE NOTICE** that **LUCA DIFRONZO**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, appears herein as counsel of record for defendants City of New York, NYPD Officer Matthew S. Bessen, NYPD Officer Noah Nicholson, NYPD Sgt. Patrick Hughes, NYPD Officer Joseph Jacobsen, NYPD Officer Thomas Costigan, NYPD Officer Jeison Jara, NYPD Officer Mohamed Eldiasty, and NYPD Officer Joseph Astaria. I am admitted to practice in this District.

Dated: New York, New York
       October 9, 2025

                                        MURIEL GOODE-TRUFANT
                                        *Corporation Counsel*
                                        *of the City of New York*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 356-2384

By: *Luca Difronzo /s*
Luca Difronzo
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2354
ldifronz@law.nyc.gov

**CC: VIA ECF**
*All counsel of record*