

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**JESSICA KATZEN**
Assistant Corporation Counsel
jkatzen@law.nyc.gov
Phone: (212) 356-1646

October 14, 2025

**VIA ECF**
Honorable Joseph A. Marutollo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Raffique Khan v. City of New York, et. al*.
              24 CV 2168 (ARR) (JAM)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, one of the attorneys for Defendants City of New York, Police Officer Matthew S. Bessen, former Officer Joseph Astarita, Officer Jeisen Jara, Officer Joseph Jacobsen, Sergeant Patrick Hughes, Officer Mohamed Eldiastry, Officer Thomas Costigan, and Officer Noah Nicholson ("Defendants") in the above-referenced action. I write pursuant to Your Honor's October 1, 2025 Order directing the parties to file a joint status report by October 14, 2025, and to request an additional 30 days to complete non-*Monell* discovery. This is the parties' fifth request for an extension of time to complete discovery.

      Since the October 1, 2025 status report, the parties have been working toward completing non-*Monell* discovery, but require more time. A deposition of the second non-party witness was conducted on October 7, 2025. Depositions are now complete. Defendants reviewed the discovery responses submitted by Plaintiff on October 1, 2025, and in Defendants' opinion, they are deficient. Accordingly, Defendants served Plaintiff with a deficiency letter on October 9, 2025. More time is required for Plaintiff to respond to the letter, and for the parties to work out any disputes regarding those responses. Additionally, Plaintiff provided responses to Defendants' Third Set of Interrogatories, served on July 29, 2025, on October 10, 2025. Defendants require more time to review these responses and determine whether they are complete. For these reasons,

the parties respectfully request that the deadline to complete non-*Monell* discovery be extended from October 14, 2025 to November 13, 2025.

The parties also respectfully request that the Court adopt the following revised briefing schedule for motions for summary judgement:

- Defendants' Motion for Summary Judgment: December 10, 2025
- Plaintiff's Cross-Motion for Summary Judgment and Opposition: January 7, 2025
- Defendants' Opposition and Reply: January 28, 2026
- Plaintiff's Reply: February 11, 2025

Respectfully submitted,

/s/ *Jessica Katzen*
Jessica Katzen
Assistant Corporation Counsel

To: **VIA ECF**
Todd Greenberg
Jonathan Edelstein
*Attorneys for Plaintiff*